James D. FORD, Petitioner–Appellant,

v.

SECRETARY, DEPARTMENT OF CORRECTIONS, Attorney General of the State of Florida, Respondents–Appellees.

No. 09–14820

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Aug. 18, 2010.

Martin J. McClain (Court–Appointed), Wilton Manors, FL, for Ford.

Carol M. Dittmar, Tampa, FL, for Respondents–Appellees.

Before DUBINA, Chief Judge, and EDMONDSON and PRYOR, Circuit Judges.

PER CURIAM:

This appeal is before us on remand from the Supreme Court. *See Ford v. McNeil,* —— U.S. ——, 130 S.Ct. 3453, —— L.Ed.2d —— (2010). This Court denied in an unpublished order James D. Ford's application for a certificate of appealability about the issue whether Ford is entitled to equitable tolling of the one-year limitations period in the Antiterrorism and Effective Death Penalty Act, 28 U.S.C. § 2244(d). The Supreme Court vacated that order and remanded to this Court for further consideration in the light of *Holland v. Florida,* 560 U.S. ——, 130 S.Ct. 2549, 177 L.Ed.2d 130 (2010). We now remand to the district court for the limited purpose of conducting further proceedings and fact-finding—including, if necessary, an evidentiary hearing—consistent with the opinion and judgment of the Supreme Court in *Holland.*

LIMITED REMAND.